**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 24-1891 _____     _____Caption [use short title]_____

**Motion for:** Dismiss the appeal as moot in light of a full and unconditional

presidential pardon, vacate the judgement of the district court, and

remand to the district court with instructions to dismiss the indictment.

Set forth below precise, complete statement of relief sought:

Dismissal of the appeal as moot, in light of the granting of a full and unconditional

presidential pardon, vacatur of the judgment of the district court, and

remand to the district court with instructions to dismiss the indictment.

United States of America v. Juan Orlando Hernandez, 24-1891

**MOVING PARTY:** Juan Orlando Hernandez     **OPPOSING PARTY:** United States of America

☐ Plaintiff     ☑ Defendant

☑ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** Renato C. Stabile     **OPPOSING ATTORNEY:** AUSA Jacob Gutwillig

[name of attorney, with firm, address, phone number and e-mail]

580 Broadway, Suite 600     One St. Andrew's Plaza

New York, NY 10012     New York, NY 10007

917-204-0181, renato.c.stabile@gmail.com     212-637-2215, jacob.gutwillig@usdoj.gov

Court- Judge/ Agency appealed from: SDNY - P. Kevin Castel, USDJ

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**

Renato C. Stabile_____ **Date:** 12/12/2025_____  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
----------------------------------------------X

UNITED STATES OF AMERICA                    **DECLARATION**


        - *v.* -                            **Case No. 24-1891**


JUAN ORLANDO HERNANDEZ,

        Defendant–Appellant.

----------------------------------------------X

    **RENATO STABILE** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1.    I am the attorney of record for Defendant-Appellant Juan Orlando Hernandez.

    2.    This is an appeal from the conviction and sentence of the United States District Court for the Southern District of New York (Castel, J.). The indictment number in the district court was 15-Cr-379. Following a jury trial, Mr. Hernandez was convicted of one count of conspiracy to import cocaine, in violation of 21 U.S.C. § 963 and 18 U.S.C. § 3238; one count of possession of machineguns and destructive devices, in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(B)(ii), 3238, and 2; and one count of conspiracy to possess such weapons, in violation of 18 U.S.C. §§ 924(o) and 3238. A Notice of Appeal was timely filed

1

in the district court on July 9, 2024.

3. On March 31, 2025, I filed Appellant's Brief with this Court on behalf of Mr. Hernandez. Appellee's Brief was filed on June 30, 2025. Appellant's Reply Brief was filed on August 4, 2025. Oral argument has not been scheduled and no decision has been rendered by this Court.

4. On December 1, 2025, President Donald J. Trump granted a full and unconditional pardon to Juan Orlando Hernandez. *See* Exhibit A (Grant of Clemency); *see also* 15-Cr-379 Doc. No. 871.

5. Mr. Hernandez accepted the pardon and was released from the custody of the Bureau of Prisons later that night.

6. In light of Mr. Hernandez's presidential pardon, and with the consent of the government, I now move this Court (1) to dismiss Mr. Hernandez's appeal as moot, and (2) to direct the district court to dismiss the indictment against Mr. Hernandez.

7. This exact procedure was recently followed by this Court in *United States v. Chavannes*, 2025 WL 2180742, *1 (2d Cir. June 11, 2025) (Dkt. No. 24-2032). In *Chavannes*, the defendant received a full and unconditional presidential pardon while her appeal was pending in this Court. With the consent of the government, this Court granted the defendant-appellant's motion to dismiss the appeal as moot, vacate the judgement of the district court, and remand the case to

the district court with instructions to dismiss the case.

8.     We seek the exact same relief here. On December 12, 2025, I spoke with Assistant United States Attorneys Jacob Gutwillig and Nathan Rehn, who represent the Government on this appeal. Mr. Gutwillig and Mr. Rehn agreed that the appeal is moot if Mr. Hernandez does not intend to seek any further relief in the District Court, including the return of any portion of the fine or special assessment already paid, which amounts to $863 paid towards his fine and $300 paid towards his special assessment, for a total of $1,163. Mr. Hernandez agrees not to seek any such further relief and hereby waives any right he may have to return of already paid financial penalties. Accordingly, there is no further dispute between the parties and the appeal is moot.

9.     In addition, *United States v. Schaffer*, 240 F.3d 35 (D.C. Cir. 2001) held, *en banc*, that a presidential pardon issued following conviction but before the appeal process was concluded meant that "(1) defendant's conviction was not established as matter of law prior to pardon, [and] (2) pardon rendered case moot and required vacatur of all opinions and judgments as well as jury verdict." In *Schaffer*, the D.C. Circuit dismissed the pending appeal, vacated the judgment of the district court, and remanded the case to the district court with directions to dismiss the indictment.

10.     The same scenario exists here, where Mr. Hernandez's appeal

remains pending and his conviction is therefore not final. Accordingly, I respectfully request for this Court to dismiss Mr. Hernandez's appeal as moot, vacate the judgement of the district court, and remand the case to the district court with instructions to dismiss the indictment.

11.    As noted, the government does not oppose this motion, on the understanding that Mr. Hernandez agrees that he will not seek any further relief in the District Court. Moreover, Mr. Hernandez consents to the dismissal of the appeal and dismissal of the indictment.  *See* Exhibit B (Authorization).

**WHEREFORE**, Appellant Hernandez respectfully requests dismissal of the appeal, vacatur of the judgment of the district court, and remand to the district court with instructions to dismiss the indictment.

Dated:       New York, New York
             December 12, 2025

_____/s/_____
**Renato C. Stabile**
580 Broadway
New York, New York 10012
917-204-0181
renato.c.stabile@gmail.com

4

# Exhibit A

# Executive Grant of Clemency

# Donald J. Trump

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO THE INDIVIDUAL NAMED BELOW

### A FULL AND UNCONDITIONAL PARDON

For those offenses against the United States individually enumerated and set before me for my consideration:

<u>United States v. Juan Orlando Hernandez, 1:15CR379</u>

### JUAN ORLANDO HERNANDEZ

I HEREBY DESIGNATE, direct, and empower the Pardon Attorney, as my representative, to administer and sign this grant of clemency to the person named herein. The Pardon Attorney shall declare that his action is the act of the President, being performed at my direction.

IN TESTIMONY WHEREOF, I have hereunto signed my name and

caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this first day of December in the year of our Lord Two Thousand and Twenty-five and of the Independence of the United States the Two Hundred and Fiftieth.*

**DONALD J. TRUMP**
**PRESIDENT**

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

---------------------------------------------X

UNITED STATES OF AMERICA　　　　**STATEMENT PURSUANT TO**

**LOCAL RULE 42.2**

　　　　　- *v.* -　　　　　　　　　　**Case No. 24-1891**

JUAN ORLANDO HERNANDEZ,

　　　　　Defendant–Appellant.

---------------------------------------------X

**DEFENDANT-APPELLANT JUAN ORLANDO HERNANDEZ** makes the

following statement pursuant to Local Rule 42.2 of the Local Rules of the United

States Court of Appeals for the Second Circuit:

1. Having received a full and unconditional presidential pardon, I make this

   statement to accompany my motion to dismiss my criminal appeal.

2. My counsel, Renato Stabile, has explained the effect of voluntary dismissal

   of the appeal.

3.  I have had the opportunity to discuss this matter with my attorney and I understand my lawyer's explanation.

4.  I desire to have the Court voluntarily dismiss my appeal.

**WHEREFORE**, I respectfully request dismissal of my appeal and a remand to the district court to dismiss the indictment.

Dated:    New York, New York
          December 9, 2025

_____

Juan Orlando Hernandez
Defendant-Appellant

2